# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA



PAULA CALL, on behalf of herself and all other similarly situated

v.

CHUNGWA PICTURE TUBES, LTD., CHUNGWA PICTURE TUBES (MALAYSIA) SDN. BHD., HITACHI, LTD., HITACHI AMERICA, LTD., HITACHI ASIA, LTD., IRICO GROUP CORP., IRICO DISPLAY DEVICES CO., LTD., LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., PANASONIC CORPORATION OF NORTH AMERICA, ORION ELECTRIC CO., LTD., ORION AMERICA, INC., KONINKLIJKE PHILIPS ELECTRONICS N.V., PHILIPS ELECTRONICS NORTH AMERICA, SAMSUNG ELECTRONICS CO., LTD., SAMSUNG SDI CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SDI AMERICA, INC., SAMTEL COLOR, LTD., THAI CRT COMPANY, LTD., TOSHIBA CORPORATION, BEIJING-MATSUSHITA COLOR CRT COMPANY, LTD., MATSUSHITA TOSHIBA PICTURE DISPLAY CO., LTD., AND LP DISPLAYS INTERNATIONAL, LTD.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV 08 1032

TO: (Name and address of defendant)

See above named defendants'

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Guido Saver
Saveri & Saveri, Inc.
111 Pine Street, Suite 1700
San Francisco, CA 94111

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

FEB 2 0 2008
DATE

(BY) DEPUTY CLERK