**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Cathode Ray Tube (CRT) Antitrust Litigation | Case No. 07-5944 SC<br>08-1056 MEJ<br>08-1032 MMC |
| CRAGO, Inc.,<br>      Plaintiff,<br>   v.<br>CHUNGHWA PICTURE TUBES, LTD., et al.,<br>      Defendants. | ORDER CONSOLIDATING CASES |

    The Court hereby finds that civil cases <u>The Stroud Group, Inc. v. Chunghwa Picture Tubes, LTD., et al.</u>, Case No. 08-1056, and <u>Call v. Chunghwa Picture Tubes, LTD., et al.</u>, Case No. 08-1032, are suitable for CONSOLIDATION for the purposes of discovery and pre-trial hearings.  This consolidation is warranted by common questions of law and fact that pervade these individual matters.  Consolidation will facilitate discovery and conserve judicial resources.

///

///

///

///

///

1   This consolidated case will henceforth be referred to as "IN
2   RE: Cathode Ray Tube (CRT) Antitrust Litigation," MDL No. 1971.
3   All documents are to be filed under case number 07-5944-SC and all
4   future filings are to bear the initials "SC" immediately after the
5   case number.

8   IT IS SO ORDERED.

10  Dated: March 7, 2008



12  UNITED STATES DISTRICT JUDGE