**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

10 | In Re: Cathode Ray Tube (CRT)           )      MDL No.   1917
    | Antitrust Litigation                    )
11 |                                          )      Case No. 07-5944 SC
    | _____ )
12 |                                          )
    | CRAGO, Inc.,                            )      ORDER CONTINUING
13 |                                          )      HEARING DATE
    |            Plaintiff,                    )
14 |                                          )
    |       v.                                )
15 |                                          )
    | CHUNGHWA PICTURE TUBES, LTD., et        )
16 | al.,                                     )
    |                                          )
17 |            Defendants.                    )
    |                                          )
18 | _____  )

19

20        Pursuant to a request by the Special Master, the Court hereby

21 continues the hearing date for the Government's Motion to Stay,

22 Docket No. 323, currently scheduled for Friday, September 5, 2008.

23 The hearing is continued until Friday, September 19, 2008, at

24 10:00 a.m. in Courtroom # 1 on the 17th floor.  This change does

25 not extend the briefing schedule.

26 ///

27 ///

28 ///

1    The continuation on the hearing for the Government's Motion

2    does not affect the hearing on the Indirect Plaintiff's Motion to

3    Authorize Service on Certain Foreign Defendants.  Docket No. 344.

4    This hearing will still be held on September 5, 2008, at 10:00

5    a.m., as previously scheduled.

6

7

8    IT IS SO ORDERED.

9

10    Dated: August 15, 2008



11

12    UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California